**EDWARD R. SCHWARTZ, CA Bar No. 147553**
ers@cph.com
**CHRISTIE, PARKER & HALE, LLP**
350 West Colorado Boulevard, Suite 500
Post Office Box 7068
Pasadena, California 91109-7068
Telephone: (626) 795-9900
Facsimile: (626) 577-8800

J S - 6

Attorneys for Plaintiff,
GUARDIAN POOL FENCE SYSTEMS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GUARDIAN POOL FENCE SYSTEMS, INC., <br><br> Plaintiff, <br><br> vs. <br><br> DONALD MUIR, <br><br> Defendant. | Case No.  CV10-06166 R(VBRx) <br><br> **ORDER OF PERMANENT INJUNCTION AND JUDGMENT** |

Plaintiff Guardian Pool Fence Systems, Inc. ("Guardian") having commenced this action for an injunction and other relief against Defendant Donald Muir ("Muir") for infringement of a registered trademark, breach of contract and unfair competition, and

Muir having entered into a Settlement Agreement with Guardian and having stipulated to entry of this Permanent Injunction and Judgment,

IT IS HEREBY ORDERED that Defendant Muir is permanently enjoined from using GUARDIAN, alone or in combination with other words, symbols, or designs, as a trade name, trademark, service mark, Internet domain name, email address, and Internet metatag, keyword or search term, in connection with pool fences as well as products and services which are complementary thereto.

-1-

-2-

1  Other than the foregoing injunction, Plaintiff's claims for relief are
2  dismissed with prejudice with each party to bear its own costs, including
3  attorneys' fees.
4  IT IS FURTHER ORDERED that this Court has jurisdiction over the
5  parties and the subject matter of this action. This Court shall retain jurisdiction to
6  the extent necessary to enforce this Injunction.
7  SO ORDERED.

10  Dated: Nov. 8, 2010

_____
Hon. Manuel L. Real
United States District Court Judge

CHRISTIE, PARKER & HALE, LLP